[Cite as *State v. Hopper*, 2026-Ohio-315.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| STATE OF OHIO, | **CASE NO. 2025-L-094** |
| Plaintiff-Appellee, | |
| - vs - | Criminal Appeal from the Court of Common Pleas |
| CORTEZ O. HOPPER, | |
| Defendant, | Trial Court No. 2024 CR 000015 |
| (CITY BONDING, et al., | |
| Appellants). | |

---

## MEMORANDUM OPINION AND JUDGMENT ENTRY

Decided: February 2, 2026
Judgment: Appeal dismissed

---

*Charles E. Coulson*, Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Plaintiff-Appellee).

*Timothy J. Kucharski*, Richarson & Kucharski Co., L.P.A., 1200 West Third Street, Suite 190, Cleveland, OH 44113 (For Appellants).

ROBERT J. PATTON, J.

{¶1} On July 31, 2025, appellants, City Bonding and Universal Fire and Casualty Insurance Company, through counsel, filed a notice of appeal and a motion for delayed appeal.

{¶2} Appellants seek to appeal from the trial court's June 13, 2025 entry denying their motion to vacate the judgment of bond forfeiture. A timely notice of appeal from the

June 13, 2025 entry was due no later than July 14, 2025, which was not a holiday or weekend. The appeal is untimely by 17 days.

{¶3} "[A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4} The Supreme Court has held that the failure to comply with the time requirements of App.R. 4(A) is a jurisdictional defect, which is fatal to an appeal. *In re H.F.*, 2008-Ohio-6810, ¶ 17, citing *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988).

{¶5} App.R. 5(A) provides that, in specific types of cases, a defendant may request leave to file an appeal beyond the thirty-day period prescribed by App.R. 4(A). The rule does not extend the right to non-defendants or other parties to the matter.

{¶6} Because the appeal is untimely and only a defendant may file a motion for delayed appeal after the expiration of the thirty-day period, appellants' motion for leave to file a delayed appeal is overruled, and the appeal is hereby dismissed.

MATT LYNCH, P.J.,

SCOTT LYNCH, J.,

concur.

# JUDGMENT ENTRY

For the reasons stated in the memorandum opinion of this court, it is ordered that appellants' motion for leave to file a delayed appeal is overruled, and the appeal is hereby dismissed.

Costs to be taxed against appellants.

_____
JUDGE ROBERT J. PATTON

_____
PRESIDING JUDGE MATT LYNCH,
concurs

_____
JUDGE SCOTT LYNCH,
concurs

**THIS DOCUMENT CONSTITUTES A FINAL JUDGMENT ENTRY**

A certified copy of this opinion and judgment entry shall constitute the mandate pursuant to Rule 27 of the Ohio Rules of Appellate Procedure.

Case No. 2025-L-094